UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Oleg S. Petrashov,

        Plaintiff,

                              ORDER ADOPTING
v.                            REPORT AND RECOMMENDATION

President of United States,

        Defendant.                     Civ. No. 12-1415 (MJD/LIB)

* * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

      That Plaintiff's Complaint [Docket No. 1] is DISMISSED WITHOUT PREJUDICE, for failure to effect service and for lack of prosecution.

DATED: December 5, 2012                      s/Michael J. Davis
At Minneapolis, Minnesota               Michael J. Davis, Chief Judge
                                             United States District Court